**07 CV 10514**

Theodore V. H. Mayer
Vilia B. Hayes
Robb W. Patryk
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

ANDERSON, MARGARET, et vir, ANDERSON, JOHN CAMPBELL, JOHN, et ux, CAMPBELL, ELIZABETH, COLLINS, MARION, HAMILTON, WILLIAM, et ux, HAMILTON, JANETTE, REID, HENRY, et ux, REID, CAROLYN WILLIAMSON, JOHN, et ux, WILLIAMSON, MARGARET,

                       Plaintiffs,

          -against-

MERCK & CO., INC., AND MERCK, SHARP & DOHME, LTD.,

                       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.:

**Rule 7.1 Statement**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Merck & Co., Inc. certify that it has no parent companies and is not aware of any beneficial owner of more than ten percent of its Common Stock.

Dated: New York, New York
November 20, 2007

Respectfully submitted,

HUGHES HUBBARD & REED LLP

By: *Vilia B. Hayes*
Theodore V. H. Mayer
Vilia B. Hayes
Robb W. Patryk

One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*