Theodore V. H. Mayer
Vilia B. Hayes
Robb W. Patryk
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- x
                                 :
ANDERSON, MARGARET, et vir,      :  **Civ. No.: 07 Civ 10514**
ANDERSON, JOHN CAMPBELL, JOHN, et :
ux, CAMPBELL, ELIZABETH, COLLINS, :
MARION, HAMILTON, WILLIAM, et ux, :  **DECLARATION OF SERVICE AND**
HAMILTON, JANETTE, REID, HENRY, et :  **FILING**
ux, REID, CAROLYN WILLIAMSON,    :
JOHN, et ux, WILLIAMSON, MARGARET, :
                                 :
              Plaintiffs,        :
                                 :
        -against-                :
                                 :
MERCK & CO., INC., AND MERCK,    :
SHARP & DOHME, LTD.,             :
                                 :
              Defendants.        :
-------------------------------- x

Pursuant to 28 U.S.C. § 1746, SARAH A. BINDER declares:

1. I am over the age of 18 years and I am not a party to this action. I am associated with the firm of Hughes Hubbard & Reed LLP, counsel for Defendant Merck & Co., Inc.

2. On November 21, 2007, the Notice of Removal of Defendant Merck & Co., Inc. was duly filed in the United States District Court for the Southern District of New York.

60025140_1.DOC

3.  On November 21, 2007, I caused a true and accurate copy of the Notice of Removal, the Answer and Jury Demand of Defendant Merck & Co., Inc., and the Notice of Filing of Notice of Removal of Defendant Merck & Co., Inc. to be served via first-class mail, postage prepaid, on plaintiffs' counsel, Charles D. Cole, Jr., Newman Fitch, Altheim & Myers, P.C., 14 Wall Street, New York, NY 10005 and Joseph C. Blanks, Post Office Drawer 999, Doucette, TX 75942.

4.  On November 26, 2007, the Notice of Filing of Notice of Removal of Defendant Merck & Co., Inc. was duly filed in the Supreme Court of the State of New York, County of New York.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Sarah A. Binder
Sarah A. Binder

60025140_1.DOC