A CERTIFIED TRUE COPY

JAN -7 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED JAN -7 2008

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 20 2007

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION                                MDL No. 1657

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-127)**

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 6,557 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JAN -7 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY

JAN 14 2008

Deputy Clerk, U.S. District Court
Eastern District Of Louisiana

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

**IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION**                    MDL No. 1657

### SCHEDULE CTO-127 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC.L/3 |
|---|---|---|
| **MASSACHUSETTS** | | |
| MA 1 07-12219 | Heather Thompson, etc. v. Merck & Co., Inc. | 08-0131 |
| **MARYLAND** | | |
| MD 1 07-3036 | Ronald L. Pike v. Merck & Co., Inc. | 08-0132 |
| MD 1 07-3058 | Richard L. Jones v. Merck & Co., Inc. | 08-0133 |
| MD 1 07-3072 | Jeanne E. Pittman v. Merck & Co., Inc. | 08-0134 |
| MD 1 07-3073 | Ralph E. Dennis v. Merck & Co., Inc. | 08-0135 |
| **MINNESOTA** | | |
| MN 0 07-4782 | David Rockell, et al. v. Merck & Co., Inc., et al. | 08-0136 |
| MN 0 07-4784 | Anna L. Barnes, et al. v. Merck & Co., Inc., et al. | 08-0137 |
| **MISSISSIPPI NORTHERN** | | |
| MSN 1 07-300 | Dianne Laine, et al. v. Merck & Co., Inc. | 08-0138 |
| MSN 1 07-305 | Willie Lou Robinson, etc. v. Merck & Co., Inc. | 08-0139 |
| MSN 3 07-150 | Dorothy Savage v. Merck & Co., Inc. | 08-0140 |
| MSN 3 07-151 | Jerry Farmer, et al. v. Merck & Co., Inc. | 08-0141 |
| MSN 3 07-152 | Sharlot Hays, et al. v. Merck & Co., Inc. | 08-0142 |
| MSN 4 07-195 | Katherine Conrad, etc. v. Merck & Co., Inc. | 08-0143 |
| **MISSISSIPPI SOUTHERN** | | |
| MSS 2 07-338 | Eleanor K. Sims, et al. v. Merck & Co., Inc. | 08-0144 |
| MSS 3 07-705 | Leola Bracey, et al. v. Merck & Co., Inc. | 08-0145 |
| MSS 3 07-706 | Carrie Barnes Larry v. Merck & Co., Inc. | 08-0146 |
| MSS 3 07-720 | Michael Dillon, etc. v. Merck & Co., Inc. | 08-0147 |
| MSS 4 07-159 | Sandra Altman, et al. v. Merck & Co., Inc. | 08-0148 |
| MSS 4 07-160 | Robert Charles Johnson v. Merck & Co., Inc. | 08-0149 |
| MSS 5 07-218 | Doretha Hedrick, et al. v. Merck & Co., Inc. | 08-0150 |
| **NORTH CAROLINA EASTERN** | | |
| NCE 5 07-481 | Robert E. Phillips, et al. v. Merck & Co., Inc. | 08-0151 |
| NCE 5 07-482 | Robert W. Culp, et al. v. Merck & Co., Inc. | 08-0152 |
| NCE 5 07-483 | Lisa Genea England v. Merck & Co., Inc. | 08-0153 |
| NCE 5 07-484 | Gary Bruce Morgan, Sr., et al. v. Merck & Co., Inc. | 08-0154 |
| NCE 5 07-485 | Timothy Patrick Herron, et al. v. Merck & Co., Inc. | 08-0155 |
| NCE 5 07-486 | Cecil John Munday, et al. v. Merck & Co., Inc. | 08-0156 |
| NCE 5 07-487 | Loyd Wayne Bishop, et al. v. Merck & Co., Inc. | 08-0157 |
| NCE 5 07-488 | Frederick Hendley, et al. v. Merck & Co., Inc. | 08-0158 |
| NCE 5 07-490 | Quan Williams v. Merck & Co., Inc. | 08-0159 |

Case 1:07-cv-10514-GBD    Document 8    Filed 01/15/2008    Page 3 of 4

Page 2 of 2

**MDL No. 1657 - Schedule CTO-127 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC.L/3 |
|---|---|---|
| **NEW JERSEY** | | |
| ~~NJ 1 07-5517~~ | ~~Erie County, New York v. Merck & Co., Inc.~~ Opposed 1/4/08 | |
| **NEW YORK EASTERN** | | |
| NYE 1 07-4949 | Michael Mangino v. Merck & Co., Inc. | 08-0160 |
| NYE 1 07-4950 | Beverly Siders v. Merck & Co., Inc. | 08-0161 |
| **NEW YORK SOUTHERN** | | |
| NYS 1 07-10514 | Margaret Anderson, et al. v. Merck & Co., Inc., et al. | 08-0162 |
| NYS 1 07-10670 | Socorro Rivera, et al. v. Merck & Co., Inc. | 08-0163 |
| **NEW YORK WESTERN** | | |
| NYW 6 07-6577 | Karen Gordon v. Merck & Co., Inc., et al. | 08-0164 |
| NYW 6 07-6578 | Kathleen Lapp v. Merck & Co., Inc., et al. | 08-0165 |
| NYW 6 07-6579 | Marie Zika v. Merck & Co., Inc., et al. | 08-0166 |
| NYW 6 07-6580 | Frances Agnello v. Merck & Co., Inc., et al. | 08-0167 |
| NYW 6 07-6581 | Beverly Eubanks v. Merck & Co., Inc., et al. | 08-0168 |
| NYW 6 07-6582 | Joann Efthemis v. Merck & Co., Inc., et al. | 08-0169 |
| **VIRGINIA WESTERN** | | |
| VAW 6 07-45 | Adeline Thomas Mosby v. Merck & Co., Inc. | 08-0170 |
| **WEST VIRGINIA SOUTHERN** | | |
| WVS 2 07-766 | Elizabeth Anne Tomlin, et al. v. Merck & Co., Inc. | 08-0171 |
| WVS 2 07-767 | Willa D. Hunt, et al. v. Merck & Co., Inc. | 08-0172 |
| WVS 2 07-768 | Mildred Hastings, et al. v. Merck & Co., Inc. | 08-0173 |
| WVS 2 07-769 | Nelson Fowler, etc. v. Merck & Co., Inc. | 08-0174 |

**UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION**

| | | | |
|---|---|---|---|
| **CHAIRMAN:**<br>Judge John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | **MEMBERS:**<br>Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California<br><br>Judge J. Frederick Motz<br>United States District Court<br>District of Maryland<br><br>Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas<br><br>Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit<br><br>Judge Anthony J. Scirica<br>United States Court of Appeals<br>Third Circuit | **DIRECT REPLY TO:**<br>Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002<br><br>Telephone: [202] 502-2800<br>Fax:        [202] 502-2888<br>http://www.jpml.uscourts.gov |

RECEIVED JAN 2008
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
DEPUTY CLERK

January 7, 2008

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

Re: MDL No. 1657 -- IN RE: Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached CTO-127)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on December 20, 2007. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Docket Specialist

Attachments

cc:  Transferee Judge:    Judge Eldon E. Fallon
     Transferor Judges:   (See Attached List of Judges)
     Transferor Clerks:   (See Attached List of Clerks)

JPML Form 36A